IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ADRIAN ARAUJO-MENDOZA                                              PLAINTIFF

    v.              Civil No. 15-5044

ROCK-TENN CO., et al.                                              DEFENDANT

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above captioned matters be referred to Erin L. Setser, United States Magistrate Judge, for the conduct of further proceedings and the entry of judgment in accordance with the attached consents.

/S/ P. K. HOLMES, III
HONORABLE P. K. HOLMES, III
CHIEF U. S. DISTRICT JUDGE

July 5, 2016
DATE