IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ADRIAN ARAUJO-MENDOZA                                              PLAINTIFF

    V.                    Civil No. 15-5044

ROCK-TENN CO., et al.                                              DEFENDANTS

**O R D E R**

On July 5, 2016, the parties entered into a settlement agreement after participating in a settlement conference conducted by the undersigned. Accordingly, it is hereby ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement, pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 6th day of July, 2016.

                                          /s/ *Erin L. Setser*
                                          HON. ERIN L. SETSER
                                          UNITED STATES MAGISTRATE JUDGE